MORRILL & ARONSON, P.L.C.
ATTORNEYS AT LAW
ONE EAST CAMELBACK
SUITE 340
PHOENIX, ARIZONA 85012-1648
TELEPHONE (602) 263-8993
FAX (602) 285-9544

Martin A. Aronson (#009005)
maronson@maazlaw.com
John T. Moshier (#007460)
jmoshier@maazlaw.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTOPHER and LORI KUNZELMAN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SCOTTSDALE, an Arizona municipal corporation; MICHELLE BRUCE, Scottsdale Senior Code Inspector, solely in her official capacity; DON HADDER, solely in his official capacity; DEBORAH ROBBERSON, Scottsdale City Attorney, solely in her official capacity; DOUGLAS W. JANN, Assistant Scottsdale City Attorney, solely in his official capacity; JOHN DOES I-X and JANE DOES I-X,<br><br>Defendants. | No. 2:10-CV-00056-GMS<br><br>**PLAINTIFFS' STATUS REPORT** |

Pursuant to this Court's Order dated January 29, 2010, Plaintiffs respectfully advise the Court of the status of this matter.

This is an action against an Arizona municipality subject to Arizona Notice of Claim statute, A.R.S. §12-821.01 and a one-year statute of limitations. In order to preserve the statute of limitations, Plaintiffs filed their Complaint in Maricopa County Superior Court on August 12, 2009. Due to ongoing settlement negotiations, Plaintiffs waited to serve the State Court Complaint until shortly before the 120 day deadline for service of process.

1  Defendants thereafter removed the case to Federal Court on January 8, 2010.

2  While the case was pending in State Court, and as settlement discussions were progressing, Plaintiffs granted Defendants an open extension of time to answer, plead or otherwise move in response to the Complaint.  Such an extension by agreement in State Court does not require the Stipulation required in Federal Court.

The issues in this case are quite complicated, and efforts to settle have required discussion and agreement on numerous technical issues.  At this writing, Plaintiffs remain optimistic that this case can be settled and that resolution by the Court will not prove necessary.

Undersigned counsel has conferred with counsel for Defendants and the parties will shortly be filing a Stipulation for an Order extending the answer deadline to May 3, 2010 so that the parties may complete their efforts at settling this dispute.  Plaintiffs respectfully request that the Court enter its Order approving that Stipulation when it is submitted to the Court.

RESPECTFULLY SUBMITTED this 2nd day of February, 2010.

MORRILL & ARONSON, P.L.C.

By   /s/ John T. Moshier
    Martin A. Aronson
    John T. Moshier
    One E. Camelback Rd., Suite 340
    Phoenix, AZ  85012-1648
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and also mailed a copy to them:

Bruce Washburn
City Attorney
City of Scottsdale
3939 N. Drinkwater Blvd.
Scottsdale, Arizona 85251
bwashburn@scottsdaleaz.gov

/s/ Debra L. Hitchens

H:\10013.DIR\KUNZELMAN\Status Report.wpd    3